IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT G. PERRY<br>    c/o JPRowley Law PLLC<br>    1701 Pennsylvania Ave., N.W.<br>    Suite 200<br>    Washington, D.C. 20006<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | No. _____ |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Emergency Motion for Return of Seized Property Pursuant to Fed. R. Crim. P. 41(g) and Request for Injunctive and Other Relief, it is

**ORDERED** that the United States is enjoined from reviewing or seeking a search warrant to review any information collected by the government from Representative Scott. G. Perry's mobile phone on August 9, 2022, pending further order of this Court. It is

**FURTHER ORDERED** that the United States shall provide Representative Perry with a copy of all information seized pursuant to that warrant. It is

**FURTHER ORDERED** that within thirty days of obtaining that information from the United States, Representative Perry shall submit to this Court, *ex parte*, any claims that specific documents are legislative in nature or are protected by the Attorney-Client Privilege or any other applicable privilege or protection. This Court shall review in camera any specific documents or records identified as legislative and make findings regarding whether the specific documents or

1

records are legislative in nature or are protected by the Attorney-Client Privilege or any other applicable privilege or protection.. It is

**FURTHER ORDERED** that AT&T shall not comply with any search warrant authorizing the seizure of any records associated with Rep. Perry's mobile phone until further order of this Court. To the extent that the United States has already obtained those records, it is to secure and not review those records until further order from this Court.

Dated: August 18, 2022

Respectfully Submitted,

E&W LAW, LLC

*/s/ John S. Irving*
John S. Irving (D.C. Bar No. 460068)
1455 Pennsylvania Avenue, N.W., Suite 400
Washington, D.C. 20004
Telephone: (301) 807-5670
Email: john.irving@earthandwatergroup.com

JPROWLEY LAW PLLC

*/s/ John P. Rowley III*
John P. Rowley III (D.C. Bar No. 392629)
1701 Pennsylvania Ave., N.W., Suite 200
Washington, D.C. 20006
Telephone: (202) 525-6674
Email: john.rowley@jprowleylaw.com

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of August 2022, a copy of the foregoing Proposed Order was served via the Court's CM/ECF system on all properly registered parties and counsel. In addition, undersigned counsel emailed this pleading to the U.S. Department of Justice prosecutors referenced herein, who stated that they were willing to accept service via email.

_____
John S. Irving (D.C. Bar No. 460068)