IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT G. PERRY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 22-mc-00079 |

**REQUEST TO HOLD IN ABEYANCE EMERGENCY MOTION FOR RETURN OF SEIZED PROPERTY PURSUANT TO FED. R. CRIM. P. 41(g) AND REQUEST FOR INJUNCTIVE AND OTHER RELIEF**

Plaintiff Rep. Scott G. Perry, by and through his undersigned counsel, hereby requests that this Court enter an order temporarily holding in abeyance his Emergency Motion for Return of Seized Property Pursuant to Fed. R. Crim. P. 41(g) and Request for Injunctive and Other Relief. Plaintiff makes this request in light of further communications with counsel for the Government since filing his Emergency Motion about a process to prevent the disclosure of information that is protected by the Speech and Debate Clause, the Attorney-Client Privilege, and other applicable privileges and protections. Granting this request will allow the parties to further discuss the possibility of resolving the Emergency Motion by agreement. Plaintiff reserves the right to renew his Motion should such resolution not be possible.

Dated: August 24, 2022           Respectfully Submitted,

                                 E&W LAW, LLC

                                 _____/s/ John S. Irving_____
                                 John S. Irving (D.C. Bar No. 460068)
                                 1455 Pennsylvania Avenue, N.W., Suite 400

        Washington, D.C. 20004
        Telephone: (301) 807-5670
        Email: john.irving@earthandwatergroup.com


        JPROWLEY LAW PLLC

        _____/s/ John P. Rowley III_____
        John P. Rowley III  (D.C. Bar No. 392629)
        1701 Pennsylvania Ave., N.W., Suite 200
        Washington, D.C. 20006
        Telephone: (202) 525-6674
        Email: john.rowley@jprowleylaw.com


## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 24th day of August 2022, a copy of the foregoing Motion to Dismiss the Complaint Without Prejudice was served via the Court's CM/ECF system on all properly registered parties and counsel.

        _____/s/ John S. Irving_____
        John S. Irving (D.C. Bar No. 460068)