# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SCOTT G. PERRY** | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 22-mc-00079 |
| v. | ) |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the request of Plaintiff Rep. Scott G. Perry to hold in abeyance his Emergency Motion for Return of Seized Property Pursuant to Fed. R. Crim. Proc. 41(g) and Request for Injunctive and Other Relief pending efforts by counsel for the parties to resolve this matter by agreement, and for good cause shown, it is hereby:

**ORDERED** that Plaintiff's Emergency Motion is held in abeyance until either Party files a motion to request the stay to be lifted.

Date: August 24, 2022

_____
Jia M. Cobb
United States District Court Judge