IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT G. PERRY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 22-mc-00079 (BAH) |

## MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiff Representative Scott G. Perry, by and through his undersigned counsel, hereby requests pursuant to Fed. R. Civ. P. 41(a)(1)(A) that his Emergency Motion for Return of Seized Property Pursuant to Fed. R. Crim. P. 41(g) and Request for Injunctive and Other Relief (ECF No. 1) be dismissed without prejudice.

Dated: October 26, 2022

Respectfully Submitted,

E&W LAW, LLC

_____/s/ John S. Irving_____
John S. Irving (D.C. Bar No. 460068)
1455 Pennsylvania Avenue, N.W., Suite 400
Washington, D.C. 20004
Telephone: (301) 807-5670
Email: john.irving@earthandwatergroup.com

JPROWLEY LAW PLLC

_____/s/ John P. Rowley III_____
John P. Rowley III (D.C. Bar No. 392629)
1701 Pennsylvania Ave., N.W., Suite 200
Washington, D.C. 20006

              Telephone: (202) 525-6674
              Email: john.rowley@jprowleylaw.com

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 26th day of October 2022, a copy of the foregoing Motion was served via the Court's CM/ECF system on all properly registered parties and counsel.

              _/s/ John S. Irving_
              John S. Irving (D.C. Bar No. 460068)